UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a business entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:21-cv-01736-WBS-AC<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE** |

The parties, Plaintiff Ronnie Davis (**Plaintiff**) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**), by and through their respective counsel of record, jointly request to continue the scheduling conference currently scheduled for March 28, 2022 at 1:30 p.m. to be continued to May 23, 2022 at 1:30 p.m.  GOOD CAUSE APPEARING, the Court GRANTS this request, as follows:

1. The case is set for a scheduling conference on Monday, March 28, 2022 at 1:30 p.m.;

2. The parties are actively involved in settlement discussions to avoid the time and cost related to litigation Plaintiff's claims;

3. The scheduling conference currently set for March 28, 2022 shall be continued to **May 23, 2022, at 1:30 p.m**.;

4. The joint case management statement shall be due on or before **May 9, 2022**.

**IT IS SO ORDERED.**

Dated:  March 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE