UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RONNIE DAVIS,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE, LLC, a business entity; and DOES 1-50, inclusive,<br><br>          Defendants. | No. 2:21-cv-01736 WBS AC<br><br>ORDER REFERRING CASE TO VDRP AND STAYING PROCEEDINGS |

----oo0oo----

In their Joint Status Report, the parties agree that this case is appropriate for an early alternative dispute resolution. (Docket No. 8 at 5.) The court will therefore refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

IT IS THEREFORE ORDERED that:

1. Within fourteen (14) days of this Order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

1

process of selecting an appropriate neutral.  The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

       2.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

       3.   The parties shall complete the VDRP session no later than September 2, 2022.[1]  The scheduling conference set for May 23, 2022, is VACATED, and the court hereby sets a new scheduling conference for September 26, 2022.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than September 12, 2022.

       IT IS SO ORDERED.

Dated:  May 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] **WBS: The parties requested until September to conduct VDRP.**