Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:  (415) 293-7995
Facsimile:   (415) 358-4116

Attorney for Plaintiff,
RONNIE DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a business entity; and DOES 1-50, inclusive,,<br><br>Defendants. | Case No.  2:21-cv-01736-WBS-AC<br><br>**ORDER**<br><br>Complaint Filed:   August 23, 2021<br>Removed:<br>Trial Date:             none |

**IT IS HEREBY ORDERED,** to Plaintiff Ronnie Davis (Plaintiff) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (Nationstar), by and through their respective counsel of record as follows:

The Scheduling Conference currently set for October 24, 2022 be continued to **November 21, 2022 at 1:30 p.m.**

WHEREAS, the parties will file disposition documents or a Joint Status Report by **November 9, 2022**.

**IT IS SO ORDERED.**

Dated:  October 17, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE