Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:  (415) 293-7995
Facsimile:   (415) 358-4116

Attorney for Plaintiff,
RONNIE DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONNIE DAVIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC, a business entity; and DOES 1-50, inclusive,,<br><br>　　　　　Defendants. | Case No.  2:21-cv-01736-WBS-AC<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON**<br><br>Complaint Filed:  August 23, 2021 |
|---|---|

This Stipulation is entered into by Plaintiff RONNIE DAVIS ("Plaintiff"), on the one hand, and NATIONSTAR MORTGAGE, LLC ("Defendant"), on the other, by and through their respective counsel of record, with reference to the following facts:

A. Plaintiff and Defendant have entered into a written settlement agreement fully resolving this Action as between themselves, and calls for this Action to be dismissed with prejudice as to Defendant.

B. Plaintiff and Defendant both request that this Court retain jurisdiction to enforce the terms of the written settlement.

NOW, THEREFORE, Plaintiff an Defendant stipulate and agree that this Court shall dismiss this Action with prejudice, and that this Court shall retain jurisdiction pursuant to FRCP 41 to enforce the terms of the Parties' written settlement agreement.

Date: October 31, 2022    Shapero Law Firm, P.C.

By:__/s/_____
    Sarah Shapero
    Attorney for Plaintiff
    RONNIE DAVIS

Date: October 31, 2022    Troutman Pepper Hamilton Sanders LLP

By:____/s/_____
    Justin D. Balser
    Katalina Baumann
    Attorneys for Defendant
    NATIONSTAR MORTGAGE LLC
    d/b/a MR. COOPER

## **ORDER ON STIPULATION**

Based on the Stipulation of the Parties, and for good cause shown, this Court hereby **ORDERS** that this Action is dismissed with prejudice as to Defendant NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, and this Court shall retain jurisdiction to enforce the terms of the Parties' written settlement pursuant to FRCP 41.

Dated: November 4, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE